UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENID RIVERA-RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No. 1:15-CV-3086-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 17. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Daphne Banay represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 4. After considering the file and proposed order, **IT IS ORDERED:**

1. The parties' Stipulated Motion For Remand, **ECF No. 17**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) shall: (1) further consider whether Plaintiff meets or equals a listing, including listing 12.05(C); (2) further consider and specify the reasons for the weight given to the opinions of Vicente R. Lopez, M.Ed., Tr. 653-659, 1094-1101, 1184-1186, Christopher Clark, LMHC, Tr.

1011-1016, and Nancy Schwarzkopf, ARNP, Tr. 726-727, 729-730; (3) reevaluate Plaintiff's residual functional capacity; (4) reassess Plaintiff's credibility pursuant to S.S.R. 96-7; and, if necessary, (5) reassess steps four and five of the sequential evaluation process with the assistance of a vocational expert.  The ALJ will hold a new hearing and take any other actions necessary to develop the record, and Plaintiff may submit additional evidence and present additional argument.

2. **Judgment shall be entered for PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 16**, is **STRICKEN AS MOOT**.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED March 11, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2