# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENID RIVERA-RODRIGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No.   1:15-CV-03086-JTR<br><br>JUDGMENT IN A<br>CIVIL CASE |

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

This matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be closed.

DATED:  March 11, 2016

                                          SEAN F. McAVOY
                                        Clerk of Court

                                        By: *s/Pam Howard*
                                              Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**